UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20893-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUAN CARLOS FERNANDEZ,
a/k/a OCTAVIO SERNA,

        Defendant(s).
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action.

1.    In the Indictment in the above-styled case, the government sought forfeiture of the defendant's interest in any property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of the violation of 21 U.S.C. § 846, any property used or intended to be used in any manner or part to commit or facilitate the commission of said violations.

2.    On May 14, the defendant, Juan Carlos Fernandez, entered a plea of guilty to Count 1 of the Indictment and the violations of 21 U.S.C. § 846 and agreed to the forfeiture of all of his right, title and interest in property subject to forfeiture pursuant to 21 U.S.C. § 853. The property subject to forfeiture includes but is not limited to the real property located at 12475 S.W. 46th Street,

Miami, Florida.

Therefore, in consideration of the plea agreement and colloquy and upon motion of the United States and for good cause shown thereby, it is hereby ORDERED that:

1. All right, title, claim and interest of: JUAN CARLOS FERNANDEZ, in the real property located at 12475 S.W. 46th Street, Miami, Florida is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

2. The United States Marshals Service, or any duly authorized law enforcement official, may seize and take custody of the real property located at 12475 S.W. 46th Street, Miami, Florida pursuant to 21 U.S.C. § 853 as soon as practicable.

3. The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by 21 U.S.C. § 853(n)(6). The notice shall state that any person, other than the defendants, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

5. The United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

It is further ORDERED that upon adjudication of all third-party interests, this Court will

enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to 21 U.S.C. § 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Marshals, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

      DONE AND ORDERED at Fort Lauderdale, Broward County, Florida on this __18th__ day of July, 2008.

                                                WILLIAM J. ZLOCH
                                                United States District Judge

cc:    AUSA Lornette Reynolds (3 certified copies)